UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF ISSISSIPPI
NORTHERN DIVISION

PHYLLIS WASHINGTON BELL                                         PLAINTIFF

VS.                                       CIVIL ACTION NO. 3:20CV114TSL-RPM

T-FAL CORPORATION, ET AL.                                      DEFENDANTS

### JUDGMENT

This cause comes before the court sua sponte, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter.  Accordingly, the court being desirous of removing this matter from its docket,

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action be, and it is hereby dismissed with prejudice as to all parties.

SO ORDERED AND ADJUDGED this 22nd day of June, 2022.

/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE